UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

CALVIN REED,

                *Plaintiff,*

      -against-

CITY OF NEW YORK, and JOHN AND JANE DOE #1-#5,

                *Defendants.*

-------------------------------------------------------------------- x

1:22-cv-10444 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    On April 27, 2023, Plaintiff filed a letter requesting permission to file a habeas petition. ECF No. 17. Defendants are hereby **ORDERED** to respond to the request by October 6, 2023.

**SO ORDERED.**

**Dated:**     **October 3, 2023**
              **New York, New York**

*[signature]*

              **ANDREW L. CARTER, JR.**
              **United States District Judge**