UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CALVIN REED,

                *Plaintiff*,

    -against-

CITY OF NEW YORK, and JOHN AND JANE DOE #1-#5,

                *Defendants*.

------------------------------------------------------------- x

1:22-cv-10444 (ALC)

**CONFERENCE ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on October 26, 2023 at 3PM Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**     **October 6, 2023**
             **New York, New York**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**