UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
CALVIN REED,

                *Plaintiff*,

    -against-

CITY OF NEW YORK, and JOHN AND JANE DOE #1-#5,

                *Defendants*.

------------------------------------------------------------------- x

1:22-cv-10444 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    During the conference on October 26, 2023, Plaintiff was instructed to file a letter with the Court regarding any issues with the identities of the officers, and providing his email and updated address by November 9, 2023. To date, Plaintiff has not filed his letter. Plaintiff is ORDERED to file his letter, if any, by **November 20, 2023**. Defendants are directed to serve this order on Plaintiff and file proof of service by November 14, 2023.

**SO ORDERED.**

**Dated:**    **November 13, 2023**
              **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**