UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
CALVIN REED,                                            :
                                                        :
                      *Plaintiff*,            :
                                                        :    1:22-cv-10444 (ALC)
    -against-                                          :
                                                        :    **ORDER OF**
CITY OF NEW YORK, and JOHN AND JANE DOE                 :    **TERMINATION**
#1-#5,                                                  :
                                                        :
                      *Defendants*.           :
                                                        :
                                                        :
-------------------------------------------------------------------- :
                                                        :
                                                        x

**ANDREW L. CARTER, JR., District Judge:**

      During the conference on October 26, 2023, Plaintiff was instructed to file a letter with the Court regarding any issues with the identities of the officers, and providing his email and updated address by November 20, 2023. To date, Plaintiff has not filed his letter. On November 22, 2023, I issued an Order to Show Cause why this action should not be dismissed without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. ECF No. 26. I ordered a response in writing from Plaintiff by December 4, 2023. *Id.* To date, Plaintiff has not responded to my Order to Show Cause, nor has Plaintiff requested an extension to do so. Moreover, other than Defendants' affidavit of service, ECF No. 27, there has been no activity in this case since the issuance of the Order to Show Cause.

      Accordingly, this action is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). The Clerk of Court is respectfully directed to terminate this case. Defendants are directed to serve this order on Plaintiff and file proof of service by December 6, 2023.

**SO ORDERED.**

**Dated:**   **December 5, 2023**
             **New York, New York**

                        **ANDREW L. CARTER, JR.**
                        **United States District Judge**